GUSTAVO GALLOPIN, Individually, etc., v. ROBERT WINSOR and Others,

* Motions to dismiss appeals denied, 259 N. Y. ——.

Impleaded with Thomas W. Lamont and Others, etc.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.